# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TONI PAUL CAYTON,

       Petitioner,

    v.

JOHN BETT, STEVE CASPERSON, GREG GRAMS, GLEN SINGER, MARDELL PETRAS, DAVID WHITE, MARK HEISE, MOLLY SULLIVAN, GERALD KONITZER, DAVID WHITCOMB, GREGORY SMITH, GERALD BERGE, TRACY GERBER, SGT. ROBERTSON, SGT. MCCARN, SGT. KARTMAN, SGT. ASPERSON, CORRECTIONAL OFFICER JONES, CAPTAIN GILBERG, SGT. HUIBRETGSE, TIM HAINES, LT. C. KELLAR, JUDY SCHELBKE, JAMES SPANBERG, JANEL NICKEL, CAPT. BRIAN BANTLEON, THOMAS SPEECH and DENNIS KAVANAUGH,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-571-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

_____10/23/08_____
Date